AMY J. GREER
KINGDON KASE
TAMI S. STARK (TS-8321)
COLLEEN LYNCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street
Suite 2000
Philadelphia, PA  19103
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER XUJIA WANG, and<br>RUBEN a/k/a RUOPIAN CHEN,<br><br>Defendants,<br><br>and<br><br>ZHILING FENG,<br><br>Relief Defendant. | Civil Action No.<br>07-CV-3715 (AKH)<br>ECF CASE |

## DECLARATION OF KINGDON KASE

I, Kingdon Kase, declare as follows:

1.      I am counsel for Plaintiff Securities and Exchange Commission ("Commission") in this action. I make this Declaration pursuant to Rules 6 and 65(b) of the Federal Rules of Civil Procedure.

2.  No advance notice of the filing of this action or the Commission's request for emergency relief has been provided to the Defendants based on the egregiousness of their conduct and the Commission's concern that assets will be dissipated and the risk that Defendants Chen and Wang might flee the jurisdiction and, indeed, the country, as set forth in greater detail in the Commission's Complaint, its *Ex Parte* Application for a Temporary Restraining Order, Preliminary Injunction, and Order Freezing Assets and Granting Other Relief, the memorandum filed in support thereof, and the Declaration of Daniel L. Koster.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Amy J. Greer
Kingdon Kase
Tami S. Stark (TS-8321)
Colleen Lynch

Attorneys for Plaintiff

**SECURITIES AND EXCHANGE COMMISSION**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106
Telephone: (215) 597-3100
Facsimile: (215) 597-2740

Dated: May 10, 2007