DAVID SPEARS (DS-2720)
CHRISTOPHER W. DYSARD (CWD-0002)
Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-6996
Fax: (212) 213-0849

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION            :

                 Plaintiff,            :

        v.            :

JENNIFER XUJIA WANG, and            :            07 Cv. 3715 (AKH)
RUBEN a/k/a RUOPIAN CHEN,

                       :

               Defendants,
               and

                       :

ZHILING FENG,
               Relief Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

       We hereby give notice of our appearance as counsel for defendants Jennifer Wang

and Rubin Chen in this proceeding.

Dated: New York, New York
       May 11, 2007

                           Respectfully submitted,

                           David Spears
                           Christopher W. Dysard
                           Attorneys for Defendants
                           Spears & Imes LLP
                           51 Madison Avenue
                           New York, New York 10010
                           (212) 213-6991