## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of May 2007, I caused to be served the foregoing Notice of Motion, Memorandum of Law, and Notice of Appearance upon the following counsel of record via electronic mail:

Amy J. Greer, Esq.
Securities and Exchange Commission
Mellon Independence Center
701 Market Street
Suite 2000
Philadelphia, PA 19106

_____
Jacob J. Moss