DAVID SPEARS (DS-2720)
CHRISTOPHER W. DYSARD (CWD-0002)
Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-6996
Fax: (212) 213-0849

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION    :

        Plaintiff,    :

    v.    :

JENNIFER XUJIA WANG, and    :    07 Cv. 3715 (AKH)
RUBEN a/k/a RUOPIAN CHEN,
                                            :

        Defendants,
                                            :

    and

                                            :

ZHILING FENG,

        Relief Defendant.    :

------------------------------------- x

## NOTICE OF MOTION

Under Rule 65(b), Federal Rules of Civil Procedure, defendants Wang and Chen move for dissolution or modification of the temporary restraining order issued by the

- 2 -

Court ex parte and without notice on May 10, 2007.  Pursuant to Rule 65(b), defendants seek a hearing on this motion within two days.

Dated: New York, New York
      May 11, 2007

                      Respectfully submitted,

                      */s/ David Spears*
                      David Spears
                      Christopher W. Dysard

                      Attorneys for Defendants
                      Spears & Imes LLP
                      51 Madison Avenue
                      New York, New York  10010
                      (212) 213-6991