UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :
: **ORDER**
                      Plaintiff, :
  -against- : 07 Civ. 3715 (AKH)
:
JENNIFER XUJIA WANG, and RUBEN a/k/a :
RUOPIAN CHEN, :
:
                    Defendants, :
:
                    and :
:
ZHILING FENG, :
:
                  Relief Defendant. :
------------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        The court having issued its order of May 10, 2007, upon ex parte application of the Securities and Exchange Commission, and upon a sufficient showing by the SEC of its entitlement to relief under 15 U.S.C. § 78u(d), in the public interest and to prevent continuing violations of law, and that there was immediate danger that funds to satisfy a judgment would be withdrawn from the United States, and that personal jurisdiction over the defendants would be lost, and

        Upon motion by defendants seeking relief from the Court's May 10, 2007 Order, and requesting a hearing within the ten-day period provided by Rule 65(b), Fed. R. Civ. P., IT IS ORDERED:

    1. The hearing set by the Court in its order of May 10, 2007 is advanced, from June 4, 2007 to May 16, 2007, at 2:15 p.m., Courtroom 14D, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    2. Alternatively to a hearing in connection with the SEC's motion for a preliminary injunction, the court will entertain a motion for an enlargement of the temporary restraining order presently in effect, Fed. R. Civ. P. 65(b), and a postponement of the hearing date for the preliminary injunction.

3. Any papers in opposition must be filed and served on counsel personally by noon on May 15, 2007.

Dated:     May 11, 2007
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge