AMY J. GREER
KINGDON KASE
TAMI S. STARK (TS-8321)
COLLEEN K. LYNCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street
Suite 2000
Philadelphia, PA  19103
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JENNIFER XUJIA WANG, and | : | |
| RUBEN a/k/a RUOPIAN CHEN, | : | Civil Action No. |
| | : | |
| Defendants, | : | 07 CV 3715 (AKH) |
| | : | |
| and | : | |
| | : | |
| ZHILING FENG, | : | |
| | : | |
| Relief Defendant. | : | |

_____

## NOTICE OF MOTION

Plaintiff Securities and Exchange Commission hereby provides notice of its

motion to extend the Temporary Restraining Order, and Order Freezing Assets and

Granting Other Relief entered by the Court *ex parte* on Thursday, May 10, 2007, and to

2

reschedule the preliminary injunction hearing currently scheduled for May 16, 2007 at 2:15 p.m.

Respectfully submitted,

_____s/_____
Amy J. Greer
Kingdon Kase
Tami S. Stark
Colleen K. Lynch
Attorneys for Plaintiff:

SECURITIES AND EXCHANGE COMMISSION
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA  19106
(215) 597-3100

DATED:     May 14, 2007

2