**Certificate of Service**

This is to certify that I have, this 14th day of May, 2007, caused true and correct copies of Plaintiff Securities and Exchange Commission's Notice of Motion to Extend the Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief entered by the Court *ex parte* on Thursday, May 10, 2007 and to Reschedule the Preliminary Injunction Hearing Scheduled for May 16, 2007 at 2:15 p.m., a supporting Memorandum of Law and a proposed Order, which, except for the proposed Order, have been electronically filed and are available for viewing and downloading from the ECF system, to be served on the defendants in the manner indicated below:

**Via Email**

Jennifer Xujia Wang
c/o David Spears, Esq.
Spears & Imes LLP
51 Madison Avenue
New York, NY  10010

Ruben a/k/a Ruopian Chen
c/o David Spears, Esq.
Spears & Imes, LLP
51 Madison Avenue
New York, NY  10010

**Via Federal Express**

Zhiling Feng
c/o Interactive Brokers, LLC
One Pickwick Plaza
Greenwich, CT 06830


_____s/_____
Kingdon Kase
Attorney for Plaintiff:

SECURITIES AND EXCHANGE COMMISSION
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA  19106
(215) 597-3100