## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of May 2007, I caused to be served a copy of the foregoing Memorandum of Law in Support of the Defendants' Motion to Modify the <u>Ex Parte</u> Temporary Restraining Order and for Expedited Discovery and Declaration of Christopher Dysard in Support of Defendants' Motion to Modify the <u>Ex Parte</u> Temporary Restraining Order and for Expedited Discovery upon the following counsel of record via electronic mail:

Amy J. Greer, Esq.<br>
Securities and Exchange Commission<br>
Mellon Independence Center<br>
701 Market Street<br>
Suite 2000<br>
Philadelphia, PA 19106

*/s/ Tracy Cho*
Tracy Cho