```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,　　:
　　　　　　　　　　　　　　　　　　　　　　:　　**CORRECTIVE ORDER**
　　　　　　　　　　　　Plaintiff,　　　　　　:
　　-against-　　　　　　　　　　　　　　　　:　　07 Civ. 3715 (AKH)
　　　　　　　　　　　　　　　　　　　　　　:
JENNIFER XUJIA WANG, and RUBEN a/k/a　　:
RUOPIAN CHEN,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　and　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
ZHILING FENG,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Relief Defendant.　　:
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　On Friday May 11, 2007, I signed an Order, upon stipulation from the parties, modifying the Order of May 10, 2007 in order to permit the partial release of frozen funds in order to accommodate Defendants' reasonable and necessary living expenses and legal fees. Both the redacted and un-redacted versions of the Order were docketed, as documents number ten and eleven, respectively. Document number eleven shall be hereby removed, to be filed under seal.

Dated:　　　May 15, 2007
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Alvin K. Hellerstein
　　　　　　　　　　　　　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1