```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 5/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,    :

                           Plaintiff,     :

    -against-     :

 JENNIFER XUJIA WANG, and RUBEN a/k/a     :
RUOPIAN CHEN,     :

                   Defendants,     :

                    and     :

ZHILING FENG,     :

            Relief Defendant.     :
------------------------------------------------------------ x

**ORDER REGULATING
PROCEEDINGS AND
EXTENDING THE TEMPORARY
RESTRAINING ORDER**

07 Civ. 3715 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 16, 2007, the parties notified the Court that they "reached a binding

agreement in principle" that obviated the need for a hearing on both Defendants' Motion for

Modification or Dissolution of the Temporary Restraining Order and Plaintiff's Motion for an

Extension of the Temporary Restraining Order and an Adjournment of the Hearing on the

Preliminary Injunction.  By their joint letter, the parties also notified the Court of their intention

to submit a proposed preliminary injunctive order for the Court's review.   Pursuant to Rules 6(a)

and 65(b) of the Federal Rules of Civil Procedure, the Temporary Restraining Order currently in

effect, dated May 10, 2007, is set to expire on May 24, 2007, though, for "good cause shown,"

the order can be extended through June 8, 2007.

      Recognizing the parties' request for adjournment of the proceedings scheduled for

May 16, 2007, and in contemplation of their intention to submit a joint, proposed form of order

for a preliminary injunction, the Court finds that good cause exists to extend the temporary

restraining order, through June 8, 2007, subject to dissolution at such earlier time as the Court

reviews future submissions by the parties, or holds a hearing on either dissolution of the

temporary restraining order or on a motion for a preliminary injunction. Fed. R. Civ. P. 6(a),

65(a)-(b).


Dated:        May 16, 2007
              New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge