# EXHIBIT 3



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KINGDON KASE
SENIOR TRIAL COUNSEL
(215) 597-0794
kasek@sec.gov

May 11, 2007

**VIA FEDERAL EXPRESS**

Arnold J. Feist, Chief Compliance Officer
Interactive Brokers, LLC
One Pickwick Plaza
Greenwich, CT 06830

      Re:    <u>SEC v. Wang</u>, 07 CV 3715 (Judge Hellerstein) (S.D.N.Y)

Dear Mr. Feist:

      On May 10, 2007, the Securities and Exchange Commission ("Commission") filed the above-referenced civil action in the United States District Court for the Southern District of New York, naming Jennifer Xujia Wang ("Wang") and Ruben a/k/a Ruopian Chen ("Chen") as defendants, and Zhileng Feng ("Feng") as a relief defendant. On the same day, the Honorable Alvin K. Hellerstein entered an Order ("Order") that, among other things, permits the Commission to serve notice of the proceedings together with all court papers, pleadings, and other documents upon relief defendant Feng by delivering them to her, care of Interactive Brokers LLC ("Interactive Brokers"). Ms. Feng currently maintains account number ▮▮▮▮63 at Interactive Brokers.

      Accordingly, enclosed please find the following documents, filed in connection with the Commission's civil action:

    1.    Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief;

    2.    Complaint;

    3.    Plaintiff Securities and Exchange Commission's *Ex Parte* Application for a Temporary Restraining Order, Preliminary Injunction, and Order Freezing Assets and Granting Other Relief;

Arnold J. Feist
May 11, 2007
Page 2 of 2

    4.    Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's *Ex Parte* Application for a Temporary Restraining Order, Preliminary Injunction, and Order Freezing Assets and Granting Other Relief;

    5.    Declaration of Daniel Koster;

    6.    Declaration of Kingdon Kase; and

    7.    Certificate of Service.

Please notify Ms. Feng that you have been served with the aforementioned documents on her behalf, and offer to provide them to her if she so requests. We have also notified Ms. Feng of this filing by electronic mail and invited her to obtain the documents from you. If you or your counsel has any questions regarding this matter, please feel free to contact me at (215) 597-0794 or Amy J. Greer, Regional Trial Counsel, at (215) 597-0687.

Very truly yours,

Kingdon Kase
Senior Trial Counsel



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 14, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798172697786**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Greenwich, CT |
| Signed for by: | A.ANGEL | Delivery date: | May 14, 2007 10:26 |
| Service type: | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798172697786 | Ship date: | May 11, 2007 |
| | | Weight: | 2.0 lbs. |

Recipient:
Greenwich, CT US

Shipper:
Philadelphia, PA US

Reference                                Wang

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339