# EXHIBIT 4

## Kase, Kingdon

| | |
|---|---|
| **From:** | Kase, Kingdon |
| **Sent:** | Tuesday, May 22, 2007 1:00 PM |
| **To:** | 'zhilingfeng@yahoo.com.cn' |
| **Cc:** | Greer, Amy J.; 'afeist@interactivebrokers.com' |
| **Subject:** | SEC v. Wang, 07 CV 3715 (Judge Hellerstein) (S.D.N.Y.) |
| **Importance:** | High |

Dear Ms. Feng:

As I have previously notified you, on May 10, 2007, the Honorable Alvin K. Hellerstein entered an Order ("Temporary Restraining Order") in the above referenced civil action that, among other things, (i) freezes any of your assets held in the United States; (ii) prevents you from destroying evidence; and (iii) requires you to repatriate funds transferred to overseas accounts and to deposit such funds into the Registry of the Court. The Temporary Restraining Order also scheduled a hearing for 2:30 o'clock p.m., on the 4th day of June, 2007 in Room 14D of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, at which you may appear and show cause why the Court should not continue the relief it imposed in the Order. Since my last email sent to you on May 11, 2007, Judge Hellerstein has issued additional Orders that, among other things, continue the Temporary Restraining Order through June 8, 2007, and again order you to show cause at the June 4, 2007 hearing why the relief entered against you in the Temporary Restraining Order should not be continued.

We have continued to serve you with copies of the relevant documents filed by the Securities and Exchange Commission in the civil action, as well as Judge Hellerstein's Orders, by serving those documents, on your behalf, to Arnold J. Feist, Chief Compliance Officer, Interactive Brokers, LLC, One Pickwick Plaza, Greenwich, CT 06830.

If you have any questions or would like to discuss this matter further, you or your counsel are welcome to contact me at (215) 597-0794, or Amy J. Greer, Regional Trial Counsel, at (215) 597-0687.

**Kingdon Kase**
Senior Trial Counsel
U.S. Securities and Exchange Commission
Philadelphia Regional Office
701 Market St., Suite 2000
Philadelphia, PA 19106
(215) 597-0794
kasek@sec.gov

1