**Certificate of Service**

This is to certify that I have, this 5th day of June, 2007, caused a true and correct copy of a Declaration of Kingdon Kase with exhibits, which have been electronically filed and are available for viewing and downloading from the ECF system, to be served on the defendants in the manner indicated below:

**Via Email**

Jennifer Xujia Wang
c/o David Spears, Esq.
Spears & Imes LLP
51 Madison Avenue
New York, NY  10010

Ruben a/k/a Ruopian Chen
c/o David Spears, Esq.
Spears & Imes, LLP
51 Madison Avenue
New York, NY  10010

**Via Federal Express**

Zhiling Feng
c/o Interactive Brokers, LLC
One Pickwick Plaza
Greenwich, CT 06830

                                       s/
                                 Kingdon Kase
                                 Attorney for Plaintiff:

                                 SECURITIES AND EXCHANGE COMMISSION
                                 Mellon Independence Center
                                 701 Market Street, Suite 2000
                                 Philadelphia, PA  19106
                                 (215) 597-3100