AMY J. GREER
KINGDON KASE
TAMI S. STARK (TS-8321)
COLLEEN LYNCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street
Suite 2000
Philadelphia, PA 19103
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JENNIFER XUJIA WANG, and
RUBEN a/k/a RUOPIAN CHEN,

    Defendants,

    and

ZHILING FENG,

    Relief Defendant.

Civil Action No.

07 CV 3715 (AKH)

---

## DECLARATION OF KINGDON KASE

I, Kingdon Kase, declare as follows:

1.     I am counsel for Plaintiff Securities and Exchange Commission ("Commission") in this action.

2.     On May 10, 2007, the Court, upon the Commission's motion, entered an Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and

[Handwritten note: The Clerk shall accept this proof and file same, pursuant to my order on the record of 6/4/07. 6/5/07 Alvin K. Hellerstein]

Granting Other Relief ("Order") that, among other things, granted certain relief against relief defendant, Zhiling Feng ("Feng"); scheduled a hearing for 2:30 p.m. on June 4, 2007, at which relief defendant Feng was ordered to show cause why the Court should not continue the relief imposed against her by the Order; and permitted the Commission to provide relief defendant Feng with service of the Summons, Complaint, Order, and all other documents filed in support thereof, by serving such documents on Interactive Brokers, LLC, or any of its affiliates, successors in interest and assigns by telefax, and/or overnight courier service for delivery on the next day or the day following the entry of the Order, and/or by electronic mail, to be followed thereafter by service in accordance with Rule 4(f) of the Federal Rules of Civil Procedure.

    3.    On May 11, 2007, I sent relief defendant Feng, at her email address identified in her account opening documents at Interactive Brokers, LLC, an email message (Exhibit 1 hereto) in which I notified her that, among other things, on May 10, 2007, the Commission had filed an action in which she was named as a relief defendant; and, on the same day, the Court entered the Order that, among other things, froze her assets, prevented her from destroying evidence, required her to repatriate certain funds, and scheduled a hearing for 2:30 p.m. on June 4, 2007, at which she was entitled to appear and show cause why the Court should not continue the relief imposed by the Order.

    4.    In the email I sent to relief defendant Feng on May 11, 2007, I also summarized the allegations included in the Commission's Complaint; notified her that I had sent copies of the Complaint, Order, and related documents to her, c/o Arnold J. Feist, Chief Compliance Officer, Interactive Brokers, One Pickwick Plaza, Greenwich

CT 06830; and provided Mr. Feist's contact information so that Ms. Feng could request that he forward those documents to her.

5. On May 11, 2007, I spoke by telephone with Arnold J. Feist and Jeffrey Bauch of Interactive Brokers, LLC, and notified them that I was sending them the aforementioned documents via Federal Express on behalf of relief defendant Feng, and that I was notifying Ms. Feng of the arrangement. I also provided Messrs. Feist and Bauch via email with a copy of the email I had sent to Ms. Feng the same day (Exhibit 2 hereto).

6. By letter dated, May 11, 2007, I forwarded to Mr. Feist, by Federal Express, the aforementioned documents on behalf of relief defendant Feng (Exhibit 3 hereto).

7. On May 22, 2007, I sent relief defendant Feng, at her email address identified in her account opening documents at Interactive Brokers, LLC, another email message (Exhibit 4 hereto) in which I reiterated the information concerning the entry of the Order, the relief entered against her, and the scheduling of the show cause hearing for 2:30 p.m. on June 4, 2007. I also informed her that, subsequent to my previous email to her, the Court had issued additional Orders that, among other things, continued the Order through June 8, 2007, and again ordered her to show cause at the June 4, 2007 hearing why the relief entered against her in the Order should not be continued.

8. As of the date hereof, I have received no indication that any email or other correspondence referred to in this Declaration was not successfully delivered to the intended recipient(s).

3

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                                       _____s/_____
                                                                       Kingdon Kase

                                                                       Attorney for Plaintiff

                                                                       **SECURITIES AND EXCHANGE COMMISSION**
                                                                       Mellon Independence Center
                                                                       701 Market Street, Suite 2000
                                                                       Philadelphia, PA  19106
                                                                       Telephone: (215) 597-3100
                                                                       Facsimile: (215) 597-2740

Dated: June 5, 2007