

AMY J. GREER
KINGDON KASE
TAMI S. STARK (TS-8321)
COLLEEN K. LYNCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street
Suite 2000
Philadelphia, PA 19103
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| JENNIFER XUJIA WANG, and RUBIN a/k/a RUBEN a/k/a RUOPIAN CHEN, | : Civil Action No. |
| Defendants, | : 07 CV 3715 (AKH) |
| and | : |
| ZHILING FENG, | : |
| Relief Defendant. | : |

## ORDER LIFTING ASSET FREEZE

This Court, on May 18, 2007, having entered an Order of Preliminary Injunction, Freezing Assets and Granting Other Relief ("Freeze Order") that, among other things, froze the assets of defendants Jennifer Xujia Wang and Rubin a/k/a Ruben a/k/a Ruopian Chen (collectively, "Defendants"), and relief defendant, Zhiling Feng; and

This Court, on July 2, 2008, having entered a Final Judgment as to both Defendants ("Final Judgment"); and

NOW, having been notified by the Clerk of Court that the disgorgement, prejudgment interest, and civil penalties ordered against the Defendants pursuant to the Final Judgment, in the total amount of $884,829, have been paid into the Registry of this Court;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the freeze imposed on Defendants' and relief defendant Zhiling Feng's remaining funds, accounts, and other assets by the Freeze Order is hereby lifted.

Dated: _____    _____
HELLERSTEIN, ALVIN K.
UNITED STATES DISTRICT JUDGE