

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

**KINGDON KASE**
SENIOR TRIAL COUNSEL
(215) 597-0794
kasek@sec.gov

July 7, 2008

**BY FACSIMILE (212) 805-7942**
**and FEDERAL EXPRESS**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York  10007-1312

Re:   Securities and Exchange Commission v. Chen *et al.*, 07 CV 3715 (AKH)

Dear Judge Hellerstein:

  I am writing to request that you rescind as soon as possible the Order Lifting Asset Freeze that was entered onto the docket in the above-referenced case on July 7, 2008. According to Section VI of the Final Judgment Order entered in the case on July 3, 2008, the Order Lifting Asset Freeze is not to be entered until after the Clerk of Court notifies the Court and all of the parties that it has received all of the funds specified in the Final Judgment that are to be paid into the Registry of the Court as part of the defendants' disgorgement and civil penalties, which total $884,829. I am available to discuss this request further if Your Honor would like. Thank you for your consideration.

Very truly yours,

Kingdon Kase
Senior Trial Counsel

cc:   David Spears, Esquire (via Facsimile (212) 213-0849)

---

*Handwritten annotation:* My order lifting Asset freeze, entered 7/7/08, is vacated. 7-8-08 AKHellerstein