UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| JENNIFER XUJIA WANG, and RUBIN a/k/a RUBEN a/k/a RUOPIAN CHEN, | : Civil Action No. 07-cv-3715 (AKH) |
| Defendants, | : ECF CASE |
| and | : |
| ZHILING FENG, | : |
| Relief Defendant. | : |

**MOTION FOR LEAVE OF COURT TO
PERMIT COUNSEL TO WITHDRAWL APPEARANCE**

Plaintiff, the Securities and Exchange Commission ("Commission"), hereby moves this Court for leave to permit one of its attorneys to withdraw her appearance in this action. Trial Counsel, Amy J. Greer has appeared in this action pro hac vice. Ms. Greer has resigned from the Commission effective August 1, 2008. All other counsel who have entered appearances on behalf of the Commission shall continue their representation of the Plaintiff. A proposed order is attached.

s/
_____
Amy J. Greer
Kingdon Kase
Tami S. Stark (NY TSS8321)
Colleen K. Lynch
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA. 19106
Telephone: (215) 597-3100
Facsimile: (215) 597-2740

Dated: July 11, 2008