UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JENNIFER XUJIA WANG, and RUBIN a/k/a RUBEN a/k/a RUOPIAN CHEN,

    Defendants,

and

ZHILING FENG,

    Relief Defendant.

Civil Action No.
07-cv-3715 (AKH)
ECF CASE

---

**CERTIFICATE OF SERVICE**

I hereby certify this 11th day of July, 2008, I caused a true and correct copy of the foregoing Motion for Leave of Court to Permit Counsel to Withdraw Appearance to be served upon the following via U.S. Postal Service, First Class Mail:

    Jennifer Xujia Wang
    c/o David Spears, Esq.
    Spears & Imes LLP
    51 Madison Avenue
    New York, NY 10010

    Ruben a/k/a Ruopian Chen
    c/o David Spears, Esq.
    Spears & Imes, LLP
    51 Madison Avenue
    New York, NY 10010

Zhiling Feng
c/o Interactive Brokers, LLC
One Pickwick Plaza
Greenwich, CT 06830

_____s/_____
Amy J. Greer
SECURITIES AND EXCHANGE COMMISSION
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100

2