UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

JENNIFER XUJIA WANG, and RUBIN a/k/a
RUBEN a/k/a RUOPIAN CHEN,

        Defendants,

        and

ZHILING FENG,

        Relief Defendant.

Civil Action No.

07 CV 3715 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

### ORDER PURSUANT TO RULE 60(a)
### CORRECTING THE FINAL JUDGMENT AND CONFORMING THE RECORD

    This Court, on May 10, 2007, having accepted for filing the Complaint in this civil enforcement action, which alleged that the Defendants engaged in insider trading; and

    This Court, on July 1, 2008, having entered the Consent of Defendant Jennifer Xujia Wang to the Final Judgment and the Consent of Rubin a/k/a Ruben a/k/a Ruopian Chen to the Final Judgment; and

    This Court, on July 3, 2008, having accepted for filing the Amended Complaint in this civil enforcement action, which also alleged that Defendants engaged in insider trading; and

    This Court, on July 3, 2008, having entered a Final Judgment as to Defendants Wang and Chen; and

The Securities and Exchange Commission (the "Commission") having filed a Motion to Correct the Final Judgment and to Conform the Record pursuant to Rule 60(a), wherein the Commission has informed this Court that each of the foregoing documents, as the result of a clerical error, referenced by mistake Section 21(d)(3) of the Securities Exchange Act of 1934, rather than Section 21A of the Securities Exchange Act of 1934, as the statutory provision by which the Commission is authorized to seek a civil penalty in this matter, and by which this Court has jurisdiction to impose a civil penalty in this matter; and

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's Motion to Correct the Final Judgment and to Conform the Record is GRANTED.

By this Order, the Final Judgment is deemed corrected to reflect that the Defendants were ordered to pay a civil penalty pursuant to Section 21A of the Securities Exchange Act of 1934; and the record is deemed conformed to also reflect this correction.

Dated: July 15, 2008

HELLERSTEIN, ALVIN K.
UNITED STATES DISTRICT JUDGE