UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JENNIFER XUJIA WANG, and RUBIN a/k/a RUBEN a/k/a RUOPIAN CHEN,

    Defendants,

and

ZHILING FENG,

    Relief Defendant.

Civil Action No.
07-cv-3715 (AKH)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

## ORDER PERMITTING COUNSEL TO WITHDRAW APPEARANCE

On the motion of plaintiff, Securities and Exchange Commission, for good cause shown, IT IS ORDERED that the motion is granted and Amy J. Greer is permitted to withdraw her appearance in this action.

Date: 7-15, 2008

_____
UNITED STATES DISTRICT JUDGE